Tanya E. Moore, SBN 206683
MISSION LAW FIRM, A.P.C.
332 North Second Street
San Jose, California 95112
Telephone (408) 298-2000
Facsimile (408) 298-6046
Email: service@mission.legal

Attorney for Plaintiff,
Ronny-marie Wilson



Dismissal with prejudice GRANTED. The Clerk shall close the case.
Dated: 7/18/2018

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNY-MARIE WILSON,<br><br>　　　　Plaintiff,<br><br>　vs.<br><br>JEFFREY'S HAMBURGERS MENLO PARK, LLC dba JEFFREY'S HAMBURGERS; JOHN J. CUNNINGHAM, Trustee of the 2013 CUNNINGHAM FAMILY TRUST; ELFRIEDE E. CUNNINGHAM, Trustee of the 2013 CUNNINGHAM FAMILY TRUST;<br><br>　　　　Defendants. | Case No. 3:18-cv-02596-MEJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION** |

WHEREAS, Defendants have not filed an answer or motion for summary judgment;

WHEREAS, Plaintiff and Defendants have settled the matter;

WHEREAS, no counterclaim has been filed;

Plaintiff hereby dismisses this action with prejudice in its entirety pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i).

Date: July 18, 2018　　　　　　　　　　　MISSION LAW FIRM, A.P.C.

　　　　　　　　　　　　　　　　　　　　*/s/ Tanya E. Moore*
　　　　　　　　　　　　　　　　　　　　Tanya E. Moore
　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff,
　　　　　　　　　　　　　　　　　　　　Ronny-marie Wilson